```
          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
               HOT SPRINGS DIVISION
```

STEPHEN CODY                                              PLAINTIFF

V.                      CASE NO. 10CV6070

MS. ERMA, et al.                                         DEFENDANTS

<u>ORDER</u>

On this 8th day of June, 2011, there comes on for consideration the report and recommendation filed in this case on May 11, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 6). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Ms. Erma and Randall McClure as the claims are frivolous or fail to state claims upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). By separate order the complaint will be served on Ms. Margaret and Ms. Ware.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```

**AO72A**
**(Rev. 8/82)**